# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

UNITED STATES OF AMERICA

           Plaintiff,

v.

JOSE UGARTE

           Defendant.

JUDGMENT

Case Number: 2:16-cr-00242-GMN-DJA-4

(Related case: 2:18-cv-01689-GMN)

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered. The Court now sentences Petitioner to 42 months imprisonment, beginning from the date of his federal sentencing, November 17, 2017. The remaining conditions of the Judgment shall remain unchanged.

| December 27, 2019 | DEBRA K. KEMPI |
|---|---|
| Date | Clerk |
| | /s/ J. Matott |
| | Deputy Clerk |